UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

Case No.  **CV 21-2714-DMG (RAOx)**  Date  November 10, 2021

Title  *Ekaterina Grozovskaya v. Joshua Sanchez et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On July 12, 2021, the Court ordered Plaintiff to show cause in writing, no later than July 26, 2021, why the above-entitled action should not be dismissed for failure to prosecute ("OSC"). [Doc. # 10.] On October 1, 2021, the Court extended the OSC deadline to November 1, 2021. [Doc. # 18.] To date, Plaintiff has not filed a further response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.